■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO S. FISHER, Appellant. [827 NYS2d 665]—Appeal by the defendant from an order of the County Court, Nassau County (Gulotta, J.), dated November 15, 2004, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to support the County Court's determination to designate the defendant a level three sex offender, and thus it will not be disturbed on appeal (see *People v Inghilleri*, 21 AD3d 404 [2005]; *People v Guaman*, 8 AD3d 545 [2004]; *People v Brown*, 7 AD3d 595 [2004]). There

is no merit to the defendant's contention that he was entitled to a downward departure from this risk level (*see People v Abdullah,* 31 AD3d 515 [2006]; *People v Ventura,* 24 AD3d 527 [2005]; *People v Dexter,* 21 AD3d 403 [2005]).

The defendant's remaining contention is unpreserved for appellate review. Schmidt, J.P., Santucci, Skelos and Covello, JJ., concur.